UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           CASE No. 12-30195

  Plaintiff,

v.

D-1 BRANDON LARUE,

  Defendant.
           /

## MOTION FOR LEAVE TO DISMISS COMPLAINT WITHOUT PREJUDICE AND SUPPORTING BRIEF

 Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States of America hereby moves for leave to dismiss without prejudice the complaint against defendant. In this case, the defendant is under investigation by the Department of Homeland Security. See generally United States v. Lovasco, 431 U.S. 783, 790-96 (1977); 18 U.S.C. § 3161(d)(1). The defendant is being prosecuted by the State of Michigan.

Accordingly, the government requests leave to dismiss the complaint without prejudice.

        Respectfully submitted,

        BARBARA L. McQUADE
        United States Attorney

        *s/Matthew A. Roth*
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226
        Phone:  313.226.9186
        E-Mail: Matthew.Roth2@usdoj.gov

Date: July 18, 2012

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2012, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

    Andrew Densemo

        *s/Matthew A. Roth*
        Assistant United States
        United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226